**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca L. Swick,<br><br>             Plaintiff,<br><br>     v.<br><br>Jo Anne B. Barnhart, Commissioner<br>Social Security Administration,<br><br>             Defendant. | CIV-06-1118-PCT-LOA<br><br>**ORDER** |

The Court, having considered defendant's Motion for Enlargement of Time Within Which to File An Answer or other Responsive Pleading (First Request), and good cause appearing,

IT IS ORDERED granting defendant's motion and extending the time within which defendant may answer or otherwise respond to plaintiff's Complaint to and including the 14th day of July, 2006.

DATED this 6th day of July, 2006.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge