**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Swick,<br><br>        Plaintiff,<br><br>vs.<br><br>Jo Anne B. Barnhart, Commissioner,<br>Social Security Administration,<br><br>        Defendant. | No. CV-06-1118-PCT-LOA<br><br>**NOTICE OF ASSIGNMENT**<br> **AND ORDER** |

      Pursuant to Local Rule 3.8(a), LRCiv, Rules of Practice, effective December 1, 2005, all civil cases are, and will be, randomly assigned to a U.S. district judge or to a U.S. magistrate judge. This matter has been assigned to the undersigned U.S. Magistrate Judge.

      As a result of the aforesaid Order and Rule, if all parties consent in writing, the case will remain with the assigned magistrate judge pursuant to 28 U.S.C. 636(c)(1) for all purposes, including trial and final entry of judgment. If any party chooses the district judge option, the case will be randomly reassigned to a U.S. district judge.  To either consent  to the assigned magistrate judge or to elect to have the case heard before a U.S. district judge, the appropriate section of the form, entitled Consent To Exercise Of Jurisdiction By United States Magistrate Judge[1], must be completed and signed. The party filing the case or

---

[1] The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's web site at www.azd.uscourts.gov.  To find the consent/election form on the District's web site, click on "Local Rules" at the top of the page,

1  removing it to this Court is responsible for serving all parties with the consent forms. Each
2  party must file a completed consent form and certificate of service with the Clerk of the
3  Court not later than 20 days after entry of appearance, and must serve a copy by mail or hand
4  delivery upon all parties of record in the case.

5  Any party is free to withhold consent to magistrate judge jurisdiction without adverse
6  consequences. 28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; Anderson v. Woodcreek
7  Venture Ltd., 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that consent is the
8  "touchstone of magistrate [judge] jurisdiction" under 28 U.S.C. §636(c).

9  A review of the Court's file indicates that an Answer was filed by Defendant on
10 July 10, 2006.

11 It is unknown if a copy of the appropriate consent form, electronically transmitted
12 to Plaintiff by the Clerk at the time the Complaint was filed, was served with the Complaint
13 and Summons upon the Defendant per the written instructions from the Clerk.

14 **IT IS ORDERED** that Defendant shall execute and file within 20 days of the date of
15 this Order either a written consent to the exercise of authority by the magistrate judge or a
16 written election to have the case reassigned to a United States district judge.

17 **IT IS FURTHER ORDERED** that counsel and any party, if unrepresented, shall
18 hereinafter comply with the Rules of Practice for the United States District Court for
19 the District of Arizona, as amended on December 1, 2005.  The District's Rules of Practice
20 may be found on the District Court's internet web page at www.azd.uscourts.gov/.
21 All other rules may be found as www.uscourts.gov/rules/. The fact that a party is acting pro

22
23 / / /
24 / / /
25

26
27 then click on "Forms" on the left side of the page and then click on and print the appropriate
   form.
28
- 2 -

1  se does not discharge this party's duties to "abide by the rules of the court in which he
2  litigates." <u>Carter v. Commissioner of Internal Revenue</u>, 784 F.2d 1006, 1008 (9th Cir. 1986).
3      DATED this 11th day of July, 2006.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge

- 3 -