**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Swick, | NO. CV-06-1118-PCT-LOA |
| Plaintiff, | ORDER |
| vs. | |
| JoAnne Barnhart, | |
| Commissioner of Social Security | |
| Defendant | |

The Court, having considered plaintiff's Motion for Extension of Time Within Which to file her Motion for Summary Judgment (second request), and good cause appearing,

IT IS ORDERED granting plaintiff's motion and extending the time within which plaintiff may file her Motion for Summary Judgment to and including the 22nd day of September 2006.

DATED this 11th day of September, 2006.

Lawrence O. Anderson
United States Magistrate Judge