**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Swick, | NO. CIV-06-1118-PCT-LOA |
|     Plaintiff, | |
| vs. | ORDER |
| JoAnne Barnhart, | |
| Commissioner of Social Security | |
|     Defendant | |

The Court, having considered plaintiff's Motion for Extension of Time Within Which to file his Response to Defendant's Cross-Motion for Summary Judgment and Reply to Opposition to Plaintiff's Motion for Summary Judgment (first request), and good cause appearing,

IT IS ORDERED granting plaintiff's motion and extending the time within which plaintiff may file his Reply to and including the 27th day of December 2006.

DATED this 22nd day of November, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge

-1-